**Clinton Wayne SMITH,
Relator–Applicant,**

v.

**Hon. Louis B. GOHMERT, Jr., Judge,
Seventh District Court,
Respondent.**

**No. 72,845.**

Court of Criminal Appeals of Texas,
En Banc.

Sept. 30, 1998.

Clinton Wayne Smith, Gatesville, pro se.

Bobby D. Mims, Tyler, for appellant.

David Dobbs, Kamela Cromer, Asst. District Attorneys, Tyler, Matthew Paul, State's Atty., Austin, for State.

*DISSENTING OPINION TO DENIAL
OF APPLICANT'S MOTION FOR
REHEARING*

BAIRD, Judge, dissenting.

For the reasons stated in my dissenting opinion on original submission, I believe the instant motion for rehearing should be granted. Additionally, I would grant rehearing to determine if Tex.Code Crim. Proc. Ann. art. 11.08 is the appropriate vehicle to determine whether applicant's allegation that his constitutional right to a speedy trial has been violated. Because the majority fails to do so, I dissent.